IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VICTOR AARON GONZALES,

Defendant.

4:23-CR-3074

MEMORANDUM AND ORDER

For the reasons stated in the accompanying memorandum and order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 71) is denied.

Dated this 3rd day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge