IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3074 |
| vs. | ORDER |
| VICTOR AARON GONZALES, | |
| Defendant. | |

The defendant has filed a notice of appeal (filing 82) from the Court's memorandum and order (filing 80) and judgment (filing 85) denying his 28 U.S.C. § 2255 motion (filing 71). But he cannot take an appeal without a certificate of appealability.[1] 28 U.S.C. § 2253(c)(1)(B); Fed. R. App. P. 22(b)(1). And for the reasons stated in the Court's memorandum and order, the Court declines to issue a certificate of appealability. Filing 80 at 7. Accordingly,

IT IS ORDERED:

1.   The defendant may not proceed in forma pauperis on appeal.

2.   The Clerk of the Court is directed to process the defendant's appeal to the Eighth Circuit Court of Appeals in accordance with standard procedures.

Dated this 6th day of July, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] The defendant also asked the clerk's office to send him a "certificate of appealability form." The Court has no form for such requests.