IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VICTOR AARON GONZALES,

        Defendant.

4:23-CR-3074

ORDER

It appears that the defendant wants to dismiss his appeal. *See* filing 90. But because the appeal has already been docketed by the circuit clerk, *see* filing 88, only the circuit court can dismiss it, *see* Fed. R. App. P. 42. Accordingly, the Court will direct the district court clerk to forward the defendant's notice of withdrawal to the circuit clerk for that court's attention.

IT IS ORDERED that the Clerk of the Court shall forward a copy of this order and a copy of filing 90 to the Clerk of Court for the United States Court of Appeals for the Eighth Circuit.

Dated this 21st day of July, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge